**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SANDRA M. COMBS,

        Plaintiff,

vs.                                                              Case No. 3:10-cv-1189-J-32TEM

BRIDGESTONE FIRESTONE, et al.,

        Defendants.

_____

**ORDER**

This case is before the Court on Plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).  Upon review of these filings, the assigned United States Magistrate Judge directed plaintiff to file an amended complaint and warned plaintiff that failure to comply could result in the Magistrate Judge recommending that her complaint be dismissed for failure to prosecute (Doc. 5).  Plaintiff responded to the Court's Order by filing a Notice fo Dismissal Without Prejudice (Doc. 7).  The Magistrate Judge issued a Report and Recommendation recommending that plaintiff's complaint be dismissed without prejudice (Doc. 8).  No objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 8), it is hereby

**ORDERED**:

1.      The Report and Recommendation (Doc. 8) of the Magistrate Judge is

**ADOPTED** in full as the opinion of the Court.

    2.    Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

    3.    This case is dismissed without prejudice.  The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 28th day of March, 2011.

                      TIMOTHY J. CORRIGAN
                      United States District Judge

mg.
Copies:

Honorable Thomas E. Morris
United States Magistrate Judge

pro se plaintiff